NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JERMAINE BERNARD WALLS,   )
           )
   Appellant,    )
           )
v.           )  Case No. 2D18-889
           )
STATE OF FLORIDA,    )
           )
   Appellee.    )
_____)

Opinion filed February 22, 2019.

Appeal from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Howard L. Dimmig, II, Public Defender,
and Lisa Lott, Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

   Affirmed.

SILBERMAN, SALARIO, and ATKINSON,, JJ., Concur.